**Form 154A**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

10

In re:                                                                                          Bankruptcy Case No.: 19−70191−JAD

Chapter: 13

**Darryl R. Galentine**                                                    Jennifer L. Galentine
   Debtor(s)

### NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **June 10, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                          Michael R. Rhodes
   U.S. Bankruptcy Court                                                      *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 4/1/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Darryl R. Galentine  
Jennifer L. Galentine  
    Debtors

Case No. 19-70191-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: admin      Page 1 of 2      Date Rcvd: Apr 01, 2019  
                       Form ID: 154A      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db/jdb         +Darryl R. Galentine,    Jennifer L. Galentine,    519 S State St,    Du Bois, PA 15801-1559
15024130       +Allegheny Heath Netwoork,     PO Box 645266,    Pittsburgh, PA 15264-5250
15024131       +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
15024133      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
15024134        Beneficial,    PO Box 5233,    Carol Stream, IL 60197-5233
15024137        CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15024136       +Capital One Bank,    120 Corporate Blvd,    Norfolk, VA 23502-4952
15024139        Dubois Reg Cardiology Assoc,    145 Hospital Ave,    STE 113,    Du Bois, PA 15801-1463
15024144       +FNB Consumer Disc Co,    PO Box 830,    Du Bois, PA 15801-0830
15024140        First Bankcard,    PO Box 3331,    Omaha, NE 68103-0331
15024141       +First National Bank,    One FNB Blvd,    Hermitage, PA 16148-3363
15024142        First National Bank of PA,    PO Box 6122,    Hermitage, PA 16148-0922
15024143        Firstsource Advantage LLC,    PO Box 628,    Buffalo, NY 14240-0628
15024145        Midland Credit Manag,    PO Box 2000,    Warren, MI 48090-2000
15024146       +Midland Funding LLC,    Meridan Center,    2 Industrial Way West,    Eatontown, NJ 07724-2265
15024148        Partners in Nephro and Endo,    5171 Liberty ave,    Pittsburgh, PA 15224-2254
15024149       +Patrick Ford DJ,    PO Box 452,    Du Bois, PA 15801-0452
15024150        Penn Highlands Dubois,    Po Box 447,    Du Bois, PA 15801-0447
15024153       +Regency finance Center,    904 Beaver drive,    PO Box 830,    Du Bois, PA 15801-0830
15024161       +Timberland FCU,    821 Beaver Drive,    Du Bois, PA 15801-2511
15024163        Weltman, Weinberg & Reis,    437 Seventh Ave,    STE 2500,    Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 03:48:47
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15024135       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 03:50:59     Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
15024138        E-mail/Text: mrdiscen@discover.com Apr 02 2019 03:43:57     Discover Products Inc,
                6500 New Albany Road,    New Albany, OH 43054
15024147        E-mail/PDF: cbp@onemainfinancial.com Apr 02 2019 03:49:39     One Main,    The Commons,
                280 Commons Drive,    Du Bois, PA 15801-3808
15024152        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 03:48:45
                Portfolio Recovery Assoc LLC,    120 Corporate Blvd,    Norfolk, VA 23502
15024155        E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2019 03:45:43     Select Profile Servicing,
                PO Box 65250,    Salt Lake City, UT 84165-0250
15024644       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:49:42     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15024156        E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:49:42     Synchrony Bank/Care Credit,
                PO Box 960051,    Orlando, FL 32896-0051
15024157        E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:49:42     Synchrony Bank/JCP,
                PO Box 960090,    Orlando, FL 32896-0090
15024158       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:48:38     Synchrony Bank/Lowes,
                PO Box 965005,    Orlando, FL 32896-5005
15024160        E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:50:53     Synchrony Bank/Walmart,
                PO Box 965024,    El Paso, TX 79998
                                                                                             TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15024132*      +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
15024151*       Penn Highlands Dubois,    Po Box 447,    Du Bois, PA 15801-0447
15024154*      +Regency finance Center,    904 Beaver drive,    PO Box 830,    Du Bois, PA 15801-0830
15024159*      +Synchrony Bank/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
15024162*      +Timberland FCU,    821 Beaver Drive,    Du Bois, PA 15801-2511
15024164*       Weltman, Weinberg & Reis,    437 Seventh Ave,    STE 2500,    Pittsburgh, PA 15219-1842
                                                                                TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7           User: admin              Page 2 of 2              Date Rcvd: Apr 01, 2019
                               Form ID: 154A            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Earle D. Lees, Jr.    on behalf of Joint Debtor Jennifer L. Galentine
               bankruptcybutler@windstream.net,   earlelees@ducom.tv;leeser84943@notify.bestcase.com
              Earle D. Lees, Jr.    on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net,
               earlelees@ducom.tv;leeser84943@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```