| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Darryl R. Galentine** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1322** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Jennifer L. Galentine** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2553** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter   **13**   **3/30/19** |
| Case number:   **19–70191–JAD** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Darryl R. Galentine | Jennifer L. Galentine |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 519 S State St <br> Du Bois, PA 15801 | 519 S State St <br> Du Bois, PA 15801 |
| 4. | **Debtor's attorney** <br> Name and address | Earle D. Lees Jr. <br> P.O. Box 685 <br> DuBois, PA 15801 | Contact phone 814–375–9310 <br> Email: bankruptcybutler@windstream.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 4/3/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 17, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/16/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/10/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/26/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/17/19** at **10:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-70191-JAD
Darryl R. Galentine                                                    Chapter 13
Jennifer L. Galentine
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: bsil          Page 1 of 2           Date Rcvd: Apr 03, 2019
                            Form ID: 309I       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db/jdb         +Darryl R. Galentine,    Jennifer L. Galentine,    519 S State St,   Du Bois, PA 15801-1559
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15024130       +Allegheny Heath Netwoork,    PO Box 645266,   Pittsburgh, PA 15264-5250
15024131       +Allied Interstate,    PO Box 361445,   Columbus, OH 43236-1445
15024137        CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15024136       +Capital One Bank,    120 Corporate Blvd,    Norfolk, VA 23502-4952
15024139        Dubois Reg Cardiology Assoc,    145 Hospital Ave,    STE 113,   Du Bois, PA 15801-1463
15024144       +FNB Consumer Disc Co,    PO Box 830,   Du Bois, PA 15801-0830
15024140        First Bankcard,    PO Box 3331,   Omaha, NE 68103-0331
15024141       +First National Bank,    One FNB Blvd,    Hermitage, PA 16148-3363
15024142        First National Bank of PA,    PO Box 6122,   Hermitage, PA 16148-0922
15024145        Midland Credit Manag,    PO Box 2000,   Warren, MI 48090-2000
15024146       +Midland Funding LLC,    Meridan Center,    2 Industrial Way West,    Eatontown, NJ 07724-2265
15024148        Partners in Nephro and Endo,    5171 Liberty ave,    Pittsburgh, PA 15224-2254
15024149       +Patrick Ford DJ,    PO Box 452,   Du Bois, PA 15801-0452
15024150        Penn Highlands Dubois,    Po Box 447,   Du Bois, PA 15801-0447
15024153       +Regency finance Center,    904 Beaver drive,    PO Box 830,   Du Bois, PA 15801-0830
15024161       +Timberland FCU,    821 Beaver Drive,    Du Bois, PA 15801-2511
15024163        Weltman, Weinberg & Reis,    437 Seventh Ave,    STE 2500,   Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bankruptcybutler@windstream.net Apr 04 2019 02:08:16      Earle D. Lees, Jr.,
                 P.O. Box 685,   DuBois, PA  15801
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:08:40      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 04 2019 02:08:48
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Apr 04 2019 07:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15024133        EDI: BANKAMER.COM Apr 04 2019 07:15:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
15024134        EDI: HFC.COM Apr 04 2019 07:15:00      Beneficial,    PO Box 5233,   Carol Stream, IL 60197-5233
15024135       +EDI: CAPITALONE.COM Apr 04 2019 07:15:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
15024138        EDI: DISCOVER.COM Apr 04 2019 07:14:00      Discover Products Inc,    6500 New Albany Road,
                 New Albany, OH 43054
15024143        EDI: FSAE.COM Apr 04 2019 07:16:00      Firstsource Advantage LLC,    PO Box 628,
                 Buffalo, NY 14240-0628
15024147        EDI: AGFINANCE.COM Apr 04 2019 07:13:00      One Main,    The Commons,    280 Commons Drive,
                 Du Bois, PA 15801-3808
15024152        EDI: PRA.COM Apr 04 2019 07:13:00      Portfolio Recovery Assoc LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
15024155        E-mail/Text: jennifer.chacon@spservicing.com Apr 04 2019 02:09:20      Select Profile Servicing,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
15024644       +EDI: RMSC.COM Apr 04 2019 07:15:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15024156        EDI: RMSC.COM Apr 04 2019 07:15:00      Synchrony Bank/Care Credit,    PO Box 960051,
                 Orlando, FL 32896-0051
15024157        EDI: RMSC.COM Apr 04 2019 07:15:00      Synchrony Bank/JCP,    PO Box 960090,
                 Orlando, FL 32896-0090
15024158       +EDI: RMSC.COM Apr 04 2019 07:15:00      Synchrony Bank/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
15024160        EDI: RMSC.COM Apr 04 2019 07:15:00      Synchrony Bank/Walmart,    PO Box 965024,
                 El Paso, TX 79998
                                                                                              TOTAL: 17
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15024132*      +Allied Interstate,    PO Box 361445,   Columbus, OH 43236-1445
15024151*       Penn Highlands Dubois,    Po Box 447,   Du Bois, PA 15801-0447
15024154*      +Regency finance Center,    904 Beaver drive,    PO Box 830,   Du Bois, PA 15801-0830
15024159*      +Synchrony Bank/Lowes,    PO Box 965005,   Orlando, FL 32896-5005
15024162*      +Timberland FCU,    821 Beaver Drive,    Du Bois, PA 15801-2511
15024164*       Weltman, Weinberg & Reis,    437 Seventh Ave,    STE 2500,   Pittsburgh, PA 15219-1842
                                                                                    TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-7           User: bsil              Page 2 of 2            Date Rcvd: Apr 03, 2019
                               Form ID: 309I           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              Earle D. Lees, Jr.    on behalf of Joint Debtor Jennifer L. Galentine
               bankruptcybutler@windstream.net,   earlelees@ducom.tv;leeser84943@notify.bestcase.com
              Earle D. Lees, Jr.    on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net,
               earlelees@ducom.tv;leeser84943@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```