IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Darryl R. Galentine | : Bankruptcy No. 19-70191 |
| Jennifer L. Galentine | |
|     Debtors | : Chapter 13 |
| | : |
| Darryl R. Galentine | : |
|     Movant | : Motion No. |
|         v. | : Related to |
| | : Document No.  18 |
| SYMMCO INC. | |
| PAYROLL DEPT | |
| 40 SOUTH PARK STREET | |
| SYKESVILLE, PA 15865 | |
| | |
|     Respondent | : |

**ORDER TO PAY TRUSTEE PURSUANT
TO WAGE ATTACHMENT**

The above-named Movant having filed a Chapter 13 petition and Movant having moved to attach her wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Movant Darryl R. Galentine derives income:

SYMMCO INC.
PAYROLL DEPT
40 SOUTH PARK STREET
SYKESVILLE, PA 15865

shall deduct from that income the sum of $1061.54, beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE W.D. PA.
        PO. BOX 84051
        Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Movant's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the Notification of Debtor's social security number, Local Bankruptcy Form 12, that includes the debtor's full social security number on the above named entity. Debtor shall file a certificate of service regarding servive of the Order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Movant, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Movant in accordance with usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF MOVANT WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.**

**IT IS FURTHER ORDERED that this Order supercedes previous Orders made to the above-named entity in this case. And the wage attachment previously entered against Anthony Moses be and is hereby terminated and superceded.**

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the movant for the administration of this attachment Order, except as may be allowed upon application to and order of this Court. **

DATED this __14th__ day of _____May_____, 2019.

FILED
5/14/19 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Darryl R. Galentine
Jennifer L. Galentine
    Debtors

Case No. 19-70191-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: May 15, 2019
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.
db/jdb         +Darryl R. Galentine,   Jennifer L. Galentine,   519 S State St,   Du Bois, PA 15801-1559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
          Earle D. Lees, Jr.     on behalf of Joint Debtor Jennifer L. Galentine bankruptcybutler@windstream.net,   earlelees@ducom.tv;leeser84943@notify.bestcase.com
          Earle D. Lees, Jr.     on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net, earlelees@ducom.tv;leeser84943@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                               TOTAL: 5