IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DARRYL R GALENTINE<br>JENNIFER L GALENTINE<br>Debtor | : <br> : <br> : <br> : | Bankruptcy No. 19-70191<br>Chapter    13 |
| Movant MARINER FINANCE COMPANY<br><br>v.<br><br>Respondent (if none, then "No Respondent")<br>NO RESPONDENT | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Document No. |

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:   REGENCY FINANCE COMPANY

    Incorrect Address: PO BOX 830
                              DUBOIS, PA  15801

Corrected Address:

    Creditor Name:   MARINER FINANCE COMPANY

    Correct Address: 904 BEAVER DRIVE
                           DUBOIS, PA  15801

Dated    8/16/2019

Electronic Signature of Debtor(s)' Attorney

Typed Name    *Stephen D. Welsh, manager*
MARINER FINANCE CO by STEPHEN D WELSH

Address
904 BEAVER DRIVE
DUBOIS, PA  15801

Phone No.
814-371-7350

Bar I.D. and State of Admission

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF PITTSBURGH
2019 AUG 20 A 10:29
RECEIVED