## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DARRYL R. GALENTINE | Case No. 19-70191JAD |
| JENNIFER L. GALENTINE | |
|       Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
|       Movant | Document No __ |
| vs. | |
| REGENCY FINANCE CO | |
|       Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court. TRUSTEE HAS RECEIVED A NOTICE OF CHANGE OF ADDRESS WHICH PURPORTS TO TRANSFER THE LOAN TO MARINER FINANCE.

| | |
|---|---|
| REGENCY FINANCE CO<br>PO BOX 830<br>DUBOIS, PA 15801 | Court claim# /Trustee CID# 5 |

The Movant further certifies that on 08/22/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DARRYL R. GALENTINE, JENNIFER L. GALENTINE, 519 S STATE ST, DUBOIS, PA  15801 | DEBTOR'S COUNSEL:<br>EARLE D. LEES, JR., ESQ., 109 NORTH BRADY ST, POB 685, DUBOIS, PA  15801 |
| ORIGINAL CREDITOR:<br>REGENCY FINANCE CO, PO BOX 830, DUBOIS, PA  15801 | :<br>MARINER FINANCE CO, 904 BEAVER DR, DUBOIS, PA  15801 |
| NEW CREDITOR: | |