B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

RECEIVED
2019 AUG 30 A 10: 47
CLERK
U.S. BANKRUPTCY COURT

In re: DARRYL R GALENTINE            ,            Case No. 19-70191-JAD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MARINER FINANCE COMPANY | REGENCY FINANCE COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

904 BEAVER DRIVE
DUBOIS, PA  15801

Phone: 814-371-7350
Last Four Digits of Acct #:     4178

Court Claim # (if known): ___5___
Amount of Claim: $2,500.00
Date Claim Filed: _____

Phone: 814-371-7350
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

SAME

Phone: 814-371-7350
Last Four Digits of Acct #:    4178

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_            Date: 8/27/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF OFFICER
## OF
## MARINER FINANCE, LLC

This Certificate of Officer is executed in favor of and delivered to all institutions in a relationship with Regency Finance Company ("RFC") as confirmation that Mariner Finance, LLC ("Mariner Finance") has acquired ownership of RFC through its wholly owned subsidiary, Mariner Royal Holdings, LLC ("Mariner Royal").

The undersigned certifies that:

1. He is the duly elected or appointed Authorized Person of Mariner Royal and Executive Vice President and General Counsel of Mariner Finance, and further certifies that:

2. On August 31, 2018, Mariner Royal, a 100% wholly owned subsidiary of Mariner Finance, acquired 100% ownership of RFC.

IN WITNESS WHEREOF, the undersigned executed this Certificate on of September 6, 2018.

By: John C. Morton, General Counsel/EVP