**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | DARRYL R. GALENTINE AND JENNIFER L. GALENTINE |
|---|---|
| CASE NO. | 19-70191-JAD |
| RELATED TO DOCUMENT NO. | 33 |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Transfer of Claim that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The claim number and amount indicated on the transfer of claim does not match the Court's Claims Register.

You must file Transfer of Claim within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in the bankruptcy case.

**Please attach a copy of this Notice to the front of the Transfer of Claim that is filed in response to this Notice.**

| August 30, 2019 | By: | /s/ Bonnie L. Silvis |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-70191-JAD
Darryl R. Galentine                                                         Chapter 13
Jennifer L. Galentine
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1              Date Rcvd: Aug 30, 2019
                             Form ID: pdf901         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
cr            +Mariner Finance Company,   904 Beaver Drive,   Dubois, PA 15801-2539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
          Earle D. Lees, Jr.   on behalf of Joint Debtor Jennifer L. Galentine
           bankruptcybutler@windstream.net,   earlelees@ducom.tv;leeser84943@notify.bestcase.com
          Earle D. Lees, Jr.   on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net,
           earlelees@ducom.tv;leeser84943@notify.bestcase.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2
           bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 5