B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re : GALENTINE, DARRYL R _____ ,    Case No. 19-70191-JAD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MARINER FINANCE, LLC | REGENCY FINANCE COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

904 BEAVER DRIVE
DUBOIS, PA 15801

Court Claim # (if known): ___5___
Amount of Claim: ___$2,500.00___
Date Claim Filed: _____

Phone: 814-371-7350
Last Four Digits of Acct #: ___4178___

Phone: 814-371-7350
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

SAME

Phone: SAME
Last Four Digits of Acct #: ___4178___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_____    Date: 09/05/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**PRINT INQUIRY**

| 19-70191JAD | DARRYL R. GALENTINE (xxx-xx-1322) | 519 S STATE ST • • DUBOIS • PA • 15801 | $2,300.00 MO | Bar Date(s): | 6/10/2019 (has passed) 9/26/2019 |
|---|---|---|---|---|---|
| | JENNIFER L. GALENTINE (xxx-xx-2553) | 519 S STATE ST • • DUBOIS • PA • 15801 | | Confirmed: | 5/24/2019 |
| | Trustee: Ronda J. Winnecour | Attorney: EARLE D. LEES, JR., ESQ. | | Case Status: | ACTIVE |

## Payee Summary

| | |
|---|---|
| Number of Claims | 38 |
| Total Amount Claimed | $71,928.70 |
| Total Amount Scheduled | $131,157.00 |
| Total Principal Paid | $8,368.76 |
| Total Principal Owed | $63,760.15 |
| Total Principal Due | $3,164.22 |
| Total Interest Paid | $0.00 |
| Total Interest Due | $0.00 |

## Claim Breakdown

| | Priority | Secured | Unsecured | Other |
|---|---|---|---|---|
| Claimed | $2,840.00 | $30,879.05 | $38,209.65 | |
| Scheduled | $0.00 | $67,815.00 | $63,342.00 | |
| Principal Paid | $2,680.49 | $5,688.27 | $0.00 | |
| Principal Owed | $159.51 | $27,301.48 | $36,299.16 | |
| Principal Due | $119.51 | $3,044.71 | $0.00 | |
| Interest Paid | $0.00 | $0.00 | $0.00 | |
| Interest Due | $0.00 | $0.00 | $0.00 | |
| Monthly Payment | $933.33 | $1,663.83 | $0.00 | |
| Collateral | $0.00 | $0.00 | $0.00 | |

## Claims Listing

| Name (Acct) | Clm# | Filed | Desc | Type | Level | Mo Pymt | Prin Paid | Prin Owed | Clm Amt | Schd Amt | % Paid | Rsv | Int Rate | Int Paid | Int Due | Cost Flag | No Cost | No Chk | Rsv Flag | Spc Flag | Stop Disb | Prin Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF PA(*) (5745) | 3 | ✓ | VEHICLE | V | 22 | $653.36 | $3,577.57 | $19,270.35 | $22,847.92 | $29,000.00 | 15.66% | | | $0.00 | $0.00 | | | | | | | $342.59 |
| US BANK NA - INDENTURE TRUSTEE (7646) | 6 | ✓ | MORTGAGE REGULAR PAYMENT | D | 22 | $385.47 | $2,110.70 | $0.00 | $0.00 | $26,517.00 | | Y | | $0.00 | $0.00 | | | | | | | $202.12 |
| REGENCY FINANCE CO | 5 | | SECURED CREDITOR | F | 30 | $625.00 | $0.00 | $2,500.00 | $2,500.00 | $4,300.00 | | ✓ | | $0.00 | $0.00 | | | | Y | | | $2,500.00 |
| US BANK NA - INDENTURE TRUSTEE (7646) | 36 | ✓ | MORTGAGE ARR. | E | 30 | $0.00 | $0.00 | $2,096.38 | $2,096.38 | $0.00 | | ✓ | | $0.00 | $0.00 | | | | Y | | | $0.00 |
| PA DEPARTMENT OF REVENUE* (1322) | 31 | ✓ | PRIORITY CREDITOR | C | 32 | $0.00 | $0.00 | $40.00 | $40.00 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC (6186) | 24 | ✓ | SECURED CREDITOR | F | 43 | $0.00 | $0.00 | $3,434.75 | $3,434.75 | $3,298.00 | | ✓ | | $0.00 | $0.00 | | | | Y | | | $0.00 |
| ALLEGHENY HEALTH NETWORK (4477) | 8 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| ALLIED INTERSTATE (8297) | 9 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $1,428.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC (5010) | 10 | ✓ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $1,442.51 | $1,518.43 | $1,381.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| BENEFICIAL BANK | 11 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $770.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| CBCS (8142) | 12 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $972.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| DISCOVER BANK(*) (0625) | 13 | ✓ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $6,100.82 | $6,421.92 | $6,422.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| DUBOIS REGIONAL CARDIOLOGY (987) | 14 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| FIRST NATIONAL BANK OF OMAHA(*) (6194) | 15 | ✓ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $422.65 | $444.89 | $398.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| FIRST NATIONAL BANK OF PA(*) | 16 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $23,300.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| FIRST SOURCE ADVANTAGE LLC (9913) | 17 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $796.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| FNB CONSUMER DISCOUNT CO** | 18 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $4,504.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| MIDLAND FUNDING LLC (9439) | 19 | ✓ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $3,857.00 | $4,060.00 | $4,310.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| MIDLAND FUNDING LLC (2808) | 20 | ✓ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $2,315.54 | $2,437.41 | $2,438.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC (3602) | 21 | ✓ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $8,572.23 | $9,023.40 | $8,793.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PARTNERS IN NEPHROLOGY (9830) | 22 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |
| PENN HIGHLANDS DUBOIS (THER) | 23 | | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $1,350.00 | | | | $0.00 | $0.00 | | | X | | | | $0.00 |