# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-70191-JAD |
| Darryl R. Galentine ) | |
| Jennifer L. Galentine ) | Chapter 13 |
| ) | Document No. _____ |
| Debtors ) | Related to Document No. 41 |

## CONSENT ORDER MODIFYING OCTOBER 9, 2019 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated October 9, 2019 it is

ORDERED that Part "1.H." be amended to add the following: The liquidation alternative requirement is $15,000.

The October 9, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Earle D. Lees, Jr.
Earle D. Lees, Jr., Esquire
Attorney for debtors
P.O. Box 685
DuBois, PA 15801
814-375-9310
bankruptcybutler@windstream.net