IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-70191-JAD |
| Darryl R. Galentine | ) | |
| Jennifer L. Galentine | ) | Chapter 13 |
| | ) | Document No. _____ |
| Debtors | ) | Related to Document No. 41 and 44 |

**CONSENT ORDER MODIFYING OCTOBER 9, 2019 ORDER**

AND NOW, this ___2nd___ day of _____April_____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated October 9, 2019 it is

ORDERED that Part "1.H." be amended to add the following: The liquidation alternative requirement is $15,000.

The October 9, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____ sjk
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

FILED
4/2/20 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Earle D. Lees, Jr.
Earle D. Lees, Jr., Esquire
Attorney for debtors
P.O. Box 685
DuBois, PA 15801
814-375-9310
bankruptcybutler@windstream.net

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-70191-JAD
Darryl R. Galentine                                                                     Chapter 13
Jennifer L. Galentine
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: bsil              Page 1 of 1                     Date Rcvd: Apr 02, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db/jdb         +Darryl R. Galentine,   Jennifer L. Galentine,   519 S State St,   Du Bois, PA 15801-1559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
          Earle D. Lees, Jr.    on behalf of Joint Debtor Jennifer L. Galentine
           bankruptcybutler@windstream.net,    earlelees@ducom.tv;leeser84943@notify.bestcase.com
          Earle D. Lees, Jr.    on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net,
           earlelees@ducom.tv;leeser84943@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5