# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

04/07/2021

IN RE:

DARRYL R. GALENTINE                         Case No.19-70191 JAD
JENNIFER L. GALENTINE
519 S STATE ST                              Chapter 13
DUBOIS,  PA  15801
XXX-XX-1322          Debtor(s)

XXX-XX-2553

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/7/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  3921 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SELECT PORTFOLIO~US BANK/PRAE | |

| | | |
|---|---|---|
| **PERITUS PORTFOLIO SERVICES*** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  VEHICLE |
| PO BOX 141419 | Court Claim Number:5 | ACCOUNT NO.:  3319 |
| | CLAIM:  22,847.92 | |
| IRVING, TX  75014-1419 | COMMENT:  CL5GOVS@0%/PL*910CL/PL*FR FIRST NATL BANK OF PA-DOC 49 | |

| | | |
|---|---|---|
| **MARINER FINANCE CO** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  VEHICLE |
| 904 BEAVER DR | Court Claim Number:10 | ACCOUNT NO.:  4178 |
| | CLAIM:  0.00 | |
| DUBOIS, PA  15801 | COMMENT:  SURR/PL*CL=$2900*W/33*FR REGENCY*DOC 33 | |

| | | |
|---|---|---|
| **MARINER FINANCE CO** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 904 BEAVER DR | Court Claim Number:NCF | ACCOUNT NO.:  4178 |
| | CLAIM:  2,500.00 | |
| DUBOIS, PA  15801 | COMMENT:  $@0%/PL*FR REGENCY FINANCE-DOC 37*DK | |

| | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:17-2 | ACCOUNT NO.:  7646 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  CL17-2GOV*388.84/PL@SELECT PORTFOLIO*385.47 X (60+2)=LMT*1ST*BGN 4/19*A | |

| | | |
|---|---|---|
| **TIMBERLAND FCU*** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  VEHICLE |
| 821 BEAVER DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DUBOIS, PA  15801 | COMMENT:  SURR/PL | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.:  4477 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **ALLIED INTERSTATE++** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7575 W CAMPUS RD | Court Claim Number: | ACCOUNT NO.:  8297 |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:15 | ACCOUNT NO.:  5010 |
| | CLAIM:  1,518.43 | |
| NORFOLK, VA  23541 | COMMENT:  ALLIED INTERSTATE/SCH*JC PENNEY/SYNCHRONY BANK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BENEFICIAL BANK** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2929 WALDEN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| DEPEW, NY 14043 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: 8142 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-2724 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.: 0625 |
| PO BOX 3025 | CLAIM: 6,421.92 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: 1539/SCH | |

| | | |
|---|---|---|
| **DUBOIS REGIONAL CARDIOLOGY** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 145 HOSPITAL AVE STE 13 | Court Claim Number: | ACCOUNT NO.: 987 |
| | CLAIM: 0.00 | |
| DUBOIS, PA 15801 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number:7-2 | ACCOUNT NO.: 6194 |
| | CLAIM: 444.89 | |
| OMAHA, NE 68197-3106 | COMMENT: FIRST BANKCARD CTR/SHEETZ*AMD | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number: | ACCOUNT NO.: |
| 4140 E STATE ST | CLAIM: 0.00 | |
| HERMITAGE, PA 16148 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST SOURCE ADVANTAGE LLC** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 628 | Court Claim Number: | ACCOUNT NO.: 9913 |
| | CLAIM: 0.00 | |
| BUFFALO, NY 14240 | COMMENT: | |

| | | |
|---|---|---|
| **FNB CONSUMER DISCOUNT CO**** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 830 | Court Claim Number: | ACCOUNT NO.: |
| 904 BEAVER DR | CLAIM: 0.00 | |
| DUBOIS, PA 15801 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:8 | ACCOUNT NO.: 9439 |
| PO BOX 2011 | CLAIM: 4,060.00 | |
| WARREN, MI 48090 | COMMENT: SYNCHRONY BANK/WALMART | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:9 | ACCOUNT NO.: 2808 |
| PO BOX 2011 | CLAIM: 2,437.41 | |
| WARREN, MI 48090 | COMMENT: CAPITAL ONE BANK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:6 | ACCOUNT NO.: 3602 |
| | CLAIM: 9,023.40 | |
| NORFOLK, VA 23541 | COMMENT: FR ONEMAIN*DOC 26*DK | |

| | | |
|---|---|---|
| **PARTNERS IN NEPHROLOGY** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5171 LIBERTY AVE | Court Claim Number: | ACCOUNT NO.: 9830 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15224 | COMMENT: | |

| | | |
|---|---|---|
| **PENN HIGHLANDS DUBOIS** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1605 NORTH CEDAR CREST BLVD | Court Claim Number: | ACCOUNT NO.: THER |
| STE 110B | | |
| | CLAIM: 0.00 | |
| ALLENTOWN, PA 18104 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| POB 12914 | Court Claim Number:13 | ACCOUNT NO.: 6186 |
| | CLAIM: 3,434.75 | |
| NORFOLK, VA 23541 | COMMENT: CL13GOV*UNS/SCH-PL*JUDGMENT*DK | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:12 | ACCOUNT NO.: 5034 |
| | CLAIM: 589.37 | |
| NORFOLK, VA 23541 | COMMENT: SYNCH BANK~CARE CREDIT | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:16 | ACCOUNT NO.: 9616 |
| | CLAIM: 1,560.95 | |
| NORFOLK, VA 23541 | COMMENT: 9961~SYNCHRONY BANK~LOWES | |

| | | |
|---|---|---|
| **TIMBERLAND FCU*** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 821 BEAVER DR | Court Claim Number:18 | ACCOUNT NO.: 2386 |
| | CLAIM: 3,978.57 | |
| DUBOIS, PA 15801 | COMMENT: NO ACCT/SCH*GU BAR OK*NO POD | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:4 | ACCOUNT NO.: 6380 |
| | CLAIM: 4,134.50 | |
| WILMINGTON, DE 19886-5102 | COMMENT: NO ACCT~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28269 | COMMENT: | |

| | | |
|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2500 KOPPERS BUILDING | Court Claim Number: | ACCOUNT NO.: |
| 436 SEVENTH AVE | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-1842 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  1322 |
| STRAWBERRY SQ | | |
| | CLAIM:  40.00 | |
| HARRISBURG, PA  17128 | COMMENT:  CL1GOVS*NT/SCH-PL | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.:  8779 |
| | CLAIM:  713.84 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **MARINER FINANCE CO** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 904 BEAVER DR | Court Claim Number:10 | ACCOUNT NO.:  4178 |
| | CLAIM:  1,033.29 | |
| DUBOIS, PA  15801 | COMMENT:  NO GEN UNS/SCH*SURR @4*FR REGENCY*DOC 33 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:11 | ACCOUNT NO.:  0001 |
| | CLAIM:  803.96 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:14 | ACCOUNT NO.:  3921 |
| | CLAIM:  1,489.12 | |
| NORFOLK, VA  23541 | COMMENT:  ACCT NT/SCH*SYNCHRONY BANK/WALMART | |

| | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:17-2 | ACCOUNT NO.:  7646 |
| PO BOX 65450 | | |
| | CLAIM:  2,096.38 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  CL17-2GOV*$0/PL@SELECT PORTFOLIO*1ST*THRU 3/19*AMD | |