## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer L. Galentine<br>　　　　Darryl R. Galentine<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual<br>capacity but solely as indenture trustee, for the holders<br>of the CIM Trust 2021-R4, Mortgage-Backed Notes,<br>Series 2021-R4, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　vs. | NO. 19-70191 JAD |
| Jennifer L. Galentine<br>Darryl R. Galentine<br>　　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Ronda J. Winnecour<br>　　　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4, which was filed with the Court on or about **4/28/2022**.

Respectfully submitted,

/s/ Brian C. Nicholas, Esq.
_____
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 05/02/2022