UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DARRYL R. GALENTINE<br>JENNIFER L. GALENTINE<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>        Movant<br>     vs.<br>  DARRYL R. GALENTINE<br>JENNIFER L. GALENTINE<br><br>        Respondents | Case No.19-70191JAD<br><br>Chapter 13<br><br>Related to<br>Document No.___59____ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___24th___ day of __February__, 20_23_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Symmco Inc
Attn: Payroll Manager
40 South Park St
Sykesville, PA 15865

is hereby ordered to immediately terminate the attachment of the wages of DARRYL R. GALENTINE, social security number XXX-XX-1322. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DARRYL R. GALENTINE.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
2/24/23 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70191-JAD |
| Darryl R. Galentine | Chapter 13 |
| Jennifer L. Galentine | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl R. Galentine, Jennifer L. Galentine, 519 S State St, Du Bois, PA 15801-1559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Trustee Ronda J. Winnecour bnicholas@kmllawgroup.com |
| Earle D. Lees, Jr. | on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com |
| Earle D. Lees, Jr. | on behalf of Joint Debtor Jennifer L. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
 on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 mmiksich@kmllawgroup.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 8