Certificate Number: 17082-PAW-DE-037225898

Bankruptcy Case Number: 19-70191



17082-PAW-DE-037225898

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2023</u>, at <u>1:32</u> o'clock <u>PM MST</u>, <u>DARRYL GALENTINE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 2, 2023</u>          By:    <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>