Certificate Number: 17082-PAW-DE-037225904

Bankruptcy Case Number: 19-70191



17082-PAW-DE-037225904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 1, 2023, at 1:32 o'clock PM MST, JENNIFER GALENTINE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 2, 2023            By:    /s/Orsolya K Lazar

                                 Name:  Orsolya K Lazar

                                 Title: Executive Director