IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Darryl R. & Jennifer Galentine          :     Bankruptcy No. 19-70191
                                                :
                              Debtor(s)         :
                                                :     Chapter 13
Trustee, or Debtors(s), Movant                  :
                                                :
              v.                                :
                                                :
None                                            :
Respondents                                     :

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 03/02/23, at docket number 62 & 63, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification

Dated: 03/07/2023                    By:    Earle D. Lees, Jr., Esquire/s/
                                            Signature
                                            Earle D. Lees, Jr., Esquire
                                            Name of Filer - Typed
                                            P.O. Box 685, DuBois, PA  15801
                                            Address of Filer
                                            Earlelees69@gmail.com
                                            Email Address of Filer
                                            814-375-9310
                                            Phone Number of Filer
                                            #15763 PA
                                            Bar I.D. and State of Admission

PAWB Local Form 24 (07/13)