**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Darryl R. Galentine**
**Jennifer L. Galentine**
  Debtor(s)

Bankruptcy Case No.: 19−70191−JAD
Related to Doc. #67
Chapter: 13
Docket No.: 68 − 67

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of May, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/19/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/10/23.**

                                                              Jeffery A. Deller
                                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70191-JAD |
| Darryl R. Galentine | Chapter 13 |
| Jennifer L. Galentine | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl R. Galentine, Jennifer L. Galentine, 519 S State St, Du Bois, PA 15801-1559 |
| cr | + | Mariner Finance Company, 904 Beaver Drive, Dubois, PA 15801-2539 |
| 15024130 | + | Allegheny Heath Netwoork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15024131 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024137 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15024136 | + | Capital One Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15024139 | | Dubois Reg Cardiology Assoc, 145 Hospital Ave, STE 113, Du Bois, PA 15801-1463 |
| 15024144 | + | FNB Consumer Disc Co, PO Box 830, Du Bois, PA 15801-0830 |
| 15024142 | | First National Bank of PA, PO Box 6122, Hermitage, PA 16148-0922 |
| 15024146 | + | Midland Funding LLC, Meridan Center, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 15024148 | | Partners in Nephro and Endo, 5171 Liberty ave, Pittsburgh, PA 15224-2254 |
| 15024149 | + | Patrick Ford DJ, PO Box 452, Du Bois, PA 15801-0452 |
| 15024150 | | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024153 | + | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024162 | + | Timberland FCU, 821 Beaver Drive, Du Bois, PA 15801-2511 |
| 15024161 | + | Timberland Federal Credit Union, 821 Beaver Drive, DuBois, PA 15801-2511 |
| 15024163 | | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:11:30 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2023 00:58:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024130 | ^ | MEBN | May 27 2023 00:39:22 | Allegheny Heath Netwoork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15024133 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2023 00:44:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 15035323 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2023 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15024134 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 27 2023 00:44:00 | Beneficial, PO Box 5233, Carol Stream, IL 60197-5233 |
| 15024135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:26:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15033858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 00:59:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15024138 | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Products Inc, 6500 New Albany Road, New Albany, OH 43054 |
| 15028485 | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15024140 | Email/Text: collecadminbankruptcy@fnni.com | May 27 2023 00:45:00 | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 15047170 | Email/Text: collecadminbankruptcy@fnni.com | May 27 2023 00:45:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15024141 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 27 2023 00:44:00 | First National Bank, One FNB Blvd, Hermitage, PA 16148-3363 |
| 15035720 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 27 2023 00:44:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15024143 | Email/Text: crdept@na.firstsource.com | May 27 2023 00:46:00 | Firstsource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15024145 | Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | Midland Credit Manag, PO Box 2000, Warren, MI 48090-2000 |
| 15048518 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15044935 | Email/PDF: cbp@onemainfinancial.com | May 27 2023 01:13:40 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15024147 | Email/PDF: cbp@onemainfinancial.com | May 27 2023 01:13:32 | One Main, The Commons, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 15318992 | Email/Text: peritus@ebn.phinsolutions.com | May 27 2023 00:46:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024152 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:11:30 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15060838 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:12:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15065339 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:27:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15027756 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15059135 | + Email/Text: bankruptcy@marinerfinance.com | May 27 2023 00:45:00 | Regency Finance Company, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15024155 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2023 00:46:00 | Select Profile Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15024644 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:11:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024156 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:39:02 | Synchrony Bank/Care Credit, PO Box 960051, Orlando, FL 32896-0051 |
| 15024157 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:58:49 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 15024158 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:49:44 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15024160 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:38:12 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 15067126 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2023 00:46:00 | U.S. Bank National Association, et. al.,, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

Case 19-70191-JAD    Doc 69    Filed 05/28/23    Entered 05/29/23 00:34:35    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 49 |

| 15059921 | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | May 27 2023 01:26:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024132 | *+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024151 | * | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024154 | *+ | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024159 | *+ | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15476516 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15024164 | * | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Trustee Ronda J. Winnecour bnicholas@kmllawgroup.com |
| Earle D. Lees, Jr. | |
| | on behalf of Joint Debtor Jennifer L. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com |
| Earle D. Lees, Jr. | |
| | on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com |
| Maria Miksich | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 — User: auto — Page 4 of 4
Date Rcvd: May 26, 2023 — Form ID: 408 — Total Noticed: 49

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8