**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DARRYL R. GALENTINE<br>JENNIFER L. GALENTINE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:19-70191 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/30/2019 and confirmed on 5/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,717.29 |
| Less Refunds to Debtor | 8,311.83 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,405.46 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 4,697.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,497.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - INDENTURE TRUSTEE | 0.00 | 19,779.06 | 0.00 | 19,779.06 |
|   Acct: 7646 | | | | |
| US BANK NA - INDENTURE TRUSTEE | 2,096.38 | 2,096.38 | 0.00 | 2,096.38 |
|   Acct: 7646 | | | | |
| MARINER FINANCE CO | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
|   Acct: 4178 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,434.75 | 3,434.75 | 0.00 | 3,434.75 |
|   Acct: 6186 | | | | |
| PERITUS PORTFOLIO SERVICES* | 22,847.92 | 22,847.92 | 0.00 | 22,847.92 |
|   Acct: 3319 | | | | |
| MARINER FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4178 | | | | |
| TIMBERLAND FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 50,658.11 |
| **Priority** | | | | |
| EARLE D LEES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DARRYL R. GALENTINE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DARRYL R. GALENTINE | 1,061.54 | 1,061.54 | 0.00 | 0.00 |
|   Acct: | | | | |
| DARRYL R. GALENTINE | 7,250.29 | 7,250.29 | 0.00 | 0.00 |
|   Acct: | | | | |
| EARLE D LEES ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 40.00 | 40.00 | 0.00 | 40.00 |
|   Acct: 1322 | | | | |
| | | | | 40.00 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4477 | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8297 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,518.43 | 1,518.43 | 0.00 | 1,518.43 |
| | Acct: 5010 | | | | |
| | BENEFICIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8142 | | | | |
| | DISCOVER BANK(*) | 6,421.92 | 6,421.92 | 0.00 | 6,421.92 |
| | Acct: 0625 | | | | |
| | DUBOIS REGIONAL CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 987 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 444.89 | 444.89 | 0.00 | 444.89 |
| | Acct: 6194 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST SOURCE ADVANTAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9913 | | | | |
| | FNB CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 4,060.00 | 4,060.00 | 0.00 | 4,060.00 |
| | Acct: 9439 | | | | |
| | MIDLAND FUNDING LLC | 2,437.41 | 2,437.41 | 0.00 | 2,437.41 |
| | Acct: 2808 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 9,023.40 | 9,023.40 | 0.00 | 9,023.40 |
| | Acct: 3602 | | | | |
| | PARTNERS IN NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9830 | | | | |
| | PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: THER | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 589.37 | 589.37 | 0.00 | 589.37 |
| | Acct: 5034 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,560.95 | 1,560.95 | 0.00 | 1,560.95 |
| | Acct: 9616 | | | | |
| | TIMBERLAND FCU* | 3,978.57 | 3,978.57 | 0.00 | 3,978.57 |
| | Acct: 2386 | | | | |
| | BANK OF AMERICA NA** | 4,134.50 | 4,134.50 | 0.00 | 4,134.50 |
| | Acct: 6380 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 713.84 | 713.84 | 0.00 | 713.84 |
| | Acct: 8779 | | | | |
| | MARINER FINANCE CO | 1,033.29 | 1,033.29 | 0.00 | 1,033.29 |
| | Acct: 4178 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 803.96 | 803.96 | 0.00 | 803.96 |
| | Acct: 0001 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,489.12 | 1,489.12 | 0.00 | 1,489.12 |
| | Acct: 3921 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3921 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 38,209.65 |

TOTAL PAID TO CREDITORS                                                                                    88,907.76

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 40.00 |
| SECURED | 30,879.05 |
| UNSECURED | 38,209.65 |

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DARRYL R. GALENTINE
JENNIFER L. GALENTINE
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-70191 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:     Case No. 19-70191-JAD
Darryl R. Galentine     Chapter 13
Jennifer L. Galentine
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: May 26, 2023     Form ID: pdf900     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl R. Galentine, Jennifer L. Galentine, 519 S State St, Du Bois, PA 15801-1559 |
| cr | + | Mariner Finance Company, 904 Beaver Drive, Dubois, PA 15801-2539 |
| 15024130 | + | Allegheny Heath Netwoork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15024131 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024137 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15024136 | + | Capital One Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15024139 | | Dubois Reg Cardiology Assoc, 145 Hospital Ave, STE 113, Du Bois, PA 15801-1463 |
| 15024144 | + | FNB Consumer Disc Co, PO Box 830, Du Bois, PA 15801-0830 |
| 15024142 | | First National Bank of PA, PO Box 6122, Hermitage, PA 16148-0922 |
| 15024146 | + | Midland Funding LLC, Meridan Center, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 15024148 | | Partners in Nephro and Endo, 5171 Liberty ave, Pittsburgh, PA 15224-2254 |
| 15024149 | + | Patrick Ford DJ, PO Box 452, Du Bois, PA 15801-0452 |
| 15024150 | | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024153 | + | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024162 | + | Timberland FCU, 821 Beaver Drive, Du Bois, PA 15801-2511 |
| 15024161 | + | Timberland Federal Credit Union, 821 Beaver Drive, DuBois, PA 15801-2511 |
| 15024163 | | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:26:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2023 01:38:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024130 | ^ | MEBN | May 27 2023 00:39:30 | Allegheny Heath Netwoork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15024133 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2023 00:44:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 15035323 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2023 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15024134 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 27 2023 00:44:00 | Beneficial, PO Box 5233, Carol Stream, IL 60197-5233 |
| 15024135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:12:55 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15033858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 00:58:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

Case 19-70191-JAD   Doc 70   Filed 05/28/23   Entered 05/29/23 00:34:35   Desc Imaged
                        Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 15024138 | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Products Inc, 6500 New Albany Road, New Albany, OH 43054 |
| 15028485 | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15024140 | Email/Text: collecadminbankruptcy@fnni.com | May 27 2023 00:45:00 | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 15047170 | Email/Text: collecadminbankruptcy@fnni.com | May 27 2023 00:45:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15024141 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 27 2023 00:44:00 | First National Bank, One FNB Blvd, Hermitage, PA 16148-3363 |
| 15035720 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 27 2023 00:44:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15024143 | Email/Text: crdept@na.firstsource.com | May 27 2023 00:46:00 | Firstsource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15024145 | Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | Midland Credit Manag, PO Box 2000, Warren, MI 48090-2000 |
| 15048518 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15044935 | Email/PDF: cbp@onemainfinancial.com | May 27 2023 00:59:15 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15024147 | Email/PDF: cbp@onemainfinancial.com | May 27 2023 00:58:50 | One Main, The Commons, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 15318992 | Email/Text: peritus@ebn.phinsolutions.com | May 27 2023 00:46:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024152 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:12:31 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15060838 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15065339 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:58:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15027756 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15059135 | + Email/Text: bankruptcy@marinerfinance.com | May 27 2023 00:45:00 | Regency Finance Company, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15024155 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2023 00:46:00 | Select Profile Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15024644 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:59:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024156 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:27:02 | Synchrony Bank/Care Credit, PO Box 960051, Orlando, FL 32896-0051 |
| 15024157 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:59:50 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 15024158 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:11:29 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15024160 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:13:40 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 15067126 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2023 00:46:00 | U.S. Bank National Association, et. al.,, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

Case 19-70191-JAD    Doc 70    Filed 05/28/23    Entered 05/29/23 00:34:35    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| 15059921 | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | May 27 2023 01:12:12 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024132 | *+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024151 | * | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024154 | *+ | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024159 | *+ | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15476516 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15024164 | * | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Trustee Ronda J. Winnecour bnicholas@kmllawgroup.com |
| Earle D. Lees, Jr. | |
| | on behalf of Joint Debtor Jennifer L. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com |
| Earle D. Lees, Jr. | |
| | on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com |
| Maria Miksich | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7     User: auto     Page 4 of 4
Date Rcvd: May 26, 2023     Form ID: pdf900     Total Noticed: 49

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com

TOTAL: 8