**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Darryl R. Galentine<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1322<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer L. Galentine<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2553<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–70191–JAD | | |

## Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darryl R. Galentine                              Jennifer L. Galentine

<u>7/11/23</u>                                             **By the court:** <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                            **Chapter 13 Discharge**                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70191-JAD |
| Darryl R. Galentine | Chapter 13 |
| Jennifer L. Galentine | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 11, 2023 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl R. Galentine, Jennifer L. Galentine, 519 S State St, Du Bois, PA 15801-1559 |
| cr | + | Mariner Finance Company, 904 Beaver Drive, Dubois, PA 15801-2539 |
| 15024131 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024137 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15024136 | + | Capital One Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15024139 | | Dubois Reg Cardiology Assoc, 145 Hospital Ave, STE 113, Du Bois, PA 15801-1463 |
| 15024144 | + | FNB Consumer Disc Co, PO Box 830, Du Bois, PA 15801-0830 |
| 15024142 | | First National Bank of PA, PO Box 6122, Hermitage, PA 16148-0922 |
| 15024146 | + | Midland Funding LLC, Meridan Center, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 15024148 | | Partners in Nephro and Endo, 5171 Liberty ave, Pittsburgh, PA 15224-2254 |
| 15024149 | + | Patrick Ford DJ, PO Box 452, Du Bois, PA 15801-0452 |
| 15024150 | | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024153 | + | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024162 | + | Timberland FCU, 821 Beaver Drive, Du Bois, PA 15801-2511 |
| 15024161 | + | Timberland Federal Credit Union, 821 Beaver Drive, DuBois, PA 15801-2511 |
| 15024163 | | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 12 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 00:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 12 2023 04:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 12 2023 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024130 | ^ | MEBN | Jul 12 2023 00:41:26 | Allegheny Heath Netwoork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15024133 | | EDI: BANKAMER.COM | Jul 12 2023 04:33:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 15035323 | + | EDI: BANKAMER2.COM | Jul 12 2023 04:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15024134 | | EDI: HFC.COM | | |

Case 19-70191-JAD   Doc 73   Filed 07/13/23   Entered 07/14/23 00:29:20   Desc Imaged
                          Certificate of Notice   Page 4 of 6

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 3180W | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | Jul 12 2023 04:33:00 | Beneficial, PO Box 5233, Carol Stream, IL 60197-5233 |
| 15024135 | + EDI: CAPITALONE.COM | Jul 12 2023 04:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15033858 | EDI: CAPITALONE.COM | Jul 12 2023 04:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15024138 | EDI: DISCOVER.COM | Jul 12 2023 04:33:00 | Discover Products Inc, 6500 New Albany Road, New Albany, OH 43054 |
| 15028485 | EDI: DISCOVER.COM | Jul 12 2023 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15024140 | Email/Text: collecadminbankruptcy@fnni.com | Jul 12 2023 00:47:00 | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 15047170 | Email/Text: collecadminbankruptcy@fnni.com | Jul 12 2023 00:47:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15024141 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 12 2023 00:47:00 | First National Bank, One FNB Blvd, Hermitage, PA 16148-3363 |
| 15035720 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 12 2023 00:47:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15024143 | Email/Text: crdept@na.firstsource.com | Jul 12 2023 00:48:00 | Firstsource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15024145 | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2023 00:48:00 | Midland Credit Manag, PO Box 2000, Warren, MI 48090-2000 |
| 15048518 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2023 00:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15044935 | EDI: AGFINANCE.COM | Jul 12 2023 04:33:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15024147 | EDI: AGFINANCE.COM | Jul 12 2023 04:33:00 | One Main, The Commons, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 15318992 | Email/Text: peritus@ebn.phinsolutions.com | Jul 12 2023 00:49:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024152 | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15060838 | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15065339 | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15027756 | EDI: PENNDEPTREV | Jul 12 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15027756 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15059135 | + Email/Text: bankruptcy@marinerfinance.com | Jul 12 2023 00:47:00 | Regency Finance Company, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15024155 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2023 00:49:00 | Select Profile Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15024644 | + EDI: RMSC.COM | Jul 12 2023 04:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024156 | EDI: RMSC.COM | Jul 12 2023 04:33:00 | Synchrony Bank/Care Credit, PO Box 960051, Orlando, FL 32896-0051 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 15024157 | EDI: RMSC.COM | Jul 12 2023 04:33:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 15024158 + | EDI: RMSC.COM | Jul 12 2023 04:33:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15024160 | EDI: RMSC.COM | Jul 12 2023 04:33:00 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 15067126 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2023 00:49:00 | U.S. Bank National Association, et. al.,, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15059921 | EDI: AIS.COM | Jul 12 2023 04:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024132 | *+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024151 | * | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024154 | *+ | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024159 | *+ | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15476516 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15024164 | * | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4 bnicholas@kmllawgroup.com |

District/off: 0315-7                              User: auto                                         Page 4 of 4
Date Rcvd: Jul 11, 2023                    Form ID: 3180W                            Total Noticed: 50

Brian Nicholas
                on behalf of Trustee Ronda J. Winnecour bnicholas@kmllawgroup.com

Earle D. Lees, Jr.
                on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net  earlelees69@gmail.com

Earle D. Lees, Jr.
                on behalf of Joint Debtor Jennifer L. Galentine bankruptcybutler@windstream.net  earlelees69@gmail.com

Maria Miksich
                on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2018-R2,
Mortgage-Backed Notes, Series 2018-R2 mmiksich@kmllawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com


TOTAL: 8