IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DARRYL R. GALENTINE
JENNIFER L. GALENTINE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:19-70191 JAD

Chapter 13

Document No.: 67

FILED
7/11/23 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___11th___ day of ___July___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.



BY THE COURT:

U.S. BANKRUPTCY JUDGE

jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70191-JAD |
| Darryl R. Galentine | Chapter 13 |
| Jennifer L. Galentine | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 4
Date Rcvd: Jul 11, 2023    Form ID: pdf900    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl R. Galentine, Jennifer L. Galentine, 519 S State St, Du Bois, PA 15801-1559 |
| cr | + | Mariner Finance Company, 904 Beaver Drive, Dubois, PA 15801-2539 |
| 15024131 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024137 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15024136 | + | Capital One Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15024139 | | Dubois Reg Cardiology Assoc, 145 Hospital Ave, STE 113, Du Bois, PA 15801-1463 |
| 15024144 | + | FNB Consumer Disc Co, PO Box 830, Du Bois, PA 15801-0830 |
| 15024142 | | First National Bank of PA, PO Box 6122, Hermitage, PA 16148-0922 |
| 15024146 | + | Midland Funding LLC, Meridan Center, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 15024148 | | Partners in Nephro and Endo, 5171 Liberty ave, Pittsburgh, PA 15224-2254 |
| 15024149 | + | Patrick Ford DJ, PO Box 452, Du Bois, PA 15801-0452 |
| 15024150 | | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024153 | + | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024162 | + | Timberland FCU, 821 Beaver Drive, Du Bois, PA 15801-2511 |
| 15024161 | + | Timberland Federal Credit Union, 821 Beaver Drive, DuBois, PA 15801-2511 |
| 15024163 | | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 00:56:27 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 12 2023 00:57:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024130 | ^ | MEBN | Jul 12 2023 00:41:28 | Allegheny Heath Netwoork, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15024133 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 12 2023 00:46:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 15035323 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 12 2023 00:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15024134 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 12 2023 00:46:00 | Beneficial, PO Box 5233, Carol Stream, IL 60197-5233 |
| 15024135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 00:57:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15033858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 01:19:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15024138 | | Email/Text: mrdiscen@discover.com | | |

Case 19-70191-JAD    Doc 74    Filed 07/13/23    Entered 07/14/23 00:29:20    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 12 2023 00:46:00 | Discover Products Inc, 6500 New Albany Road, New Albany, OH 43054 |
| 15028485 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 12 2023 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15024140 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 12 2023 00:47:00 | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 15047170 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 12 2023 00:47:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15024141 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | | Jul 12 2023 00:47:00 | First National Bank, One FNB Blvd, Hermitage, PA 16148-3363 |
| 15035720 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | | Jul 12 2023 00:47:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15024143 | | Email/Text: crdept@na.firstsource.com | | |
| | | | Jul 12 2023 00:48:00 | Firstsource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15024145 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 12 2023 00:48:00 | Midland Credit Manag, PO Box 2000, Warren, MI 48090-2000 |
| 15048518 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 12 2023 00:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15044935 | | Email/PDF: cbp@omf.com | | |
| | | | Jul 12 2023 00:55:44 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15024147 | | Email/PDF: cbp@omf.com | | |
| | | | Jul 12 2023 00:56:17 | One Main, The Commons, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 15318992 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Jul 12 2023 00:49:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 12 2023 00:55:56 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15060838 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 12 2023 01:18:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15065339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 12 2023 00:56:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15027756 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 12 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15059135 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Jul 12 2023 00:47:00 | Regency Finance Company, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15024155 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 12 2023 00:49:00 | Select Profile Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15024644 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:56:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15024156 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:55:58 | Synchrony Bank/Care Credit, PO Box 960051, Orlando, FL 32896-0051 |
| 15024157 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:55:59 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 15024158 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:55:44 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15024160 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:56:04 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 15067126 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 12 2023 00:49:00 | U.S. Bank National Association, et. al.,, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15059921 | | Email/PDF: ebn_ais@aisinfo.com | | |

| | | Jul 12 2023 00:55:56 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15024132 | *+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15024151 | * | Penn Highlands Dubois, Po Box 447, Du Bois, PA 15801-0447 |
| 15024154 | *+ | Regency Finance Center, c/o Mariner Finance Company, 904 Beaver drive, Du Bois, PA 15801-2539 |
| 15024159 | *+ | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15476516 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15024164 | * | Weltman, Weinberg & Reis, 437 Seventh Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Trustee Ronda J. Winnecour bnicholas@kmllawgroup.com

Earle D. Lees, Jr.
    on behalf of Debtor Darryl R. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com

Earle D. Lees, Jr.
    on behalf of Joint Debtor Jennifer L. Galentine bankruptcybutler@windstream.net earlelees69@gmail.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R2, Mortgage-Backed Notes, Series 2018-R2 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 49

cmecf@chapter13trusteewdpa.com

TOTAL: 8